# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**STEVE NIDES,**

**Defendant.**                                                   **No. 07-30136-DRH**

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is the United States of America's motion to continue sentencing hearing of Defendant Nides (Doc. 275). The Government argues that the Assistant United States Attorney ("AUSA") is not able to attend the scheduled hearing. The Government has also just received the Defendant's lengthy objections and the AUSA would prefer to represent the Government personally at the hearing to address the objections, rather than have another AUSA, unfamiliar with the case, attend the hearing. The Defendant does not object to the request for continuance. Based on the reasons in the motion, the Court **GRANTS** the Government's motion to continue sentencing hearing (Doc. 275) and **CONTINUES** the sentencing hearing

scheduled for June 12, 2009 until **Thursday, June 18, 2009 at 10:00 a.m.**

**IT IS SO ORDERED.**

Signed this 1st day of June, 2009.

/s/ David R Herndon
**Chief Judge
United States District Court**